IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JUSTIN PAUL WOODINGTON, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:18CV693
)
MRS. GOODE, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice for Failure to Serve Defendants)

Plaintiff, proceeding *pro se* and *in forma pauperis*, brings this action. Under Federal Rule of Civil Procedure 4(m), Plaintiff has 90 days to serve the defendants. Here, that period commenced on October 1, 2019. More than 90 days elapsed and Plaintiff had not served the defendants. Accordingly, by Memorandum Order entered on January 13, 2020, the Court directed Plaintiff, within eleven (11) days of the date of entry thereof, to show good cause why the action should not be dismissed for his failure to serve the defendants. Plaintiff has not responded to the January 13, 2020 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Feb 26, 2020
Richmond, Virginia